UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 08-00035
                                                CHAPTER 13
LATANYA HODGES
                                                JUDGE JACQUELINE P COX

         DEBTOR                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** RESCAP MORTGAGE

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 4 | 8915 ARRS 8832 DORCH | $2,968.62 | $625.00 | $625.00 |
| Total Amount Paid by Trustee | | | | | $625.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-00035

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 15th day of April, 2013.

Debtor:
LATANYA HODGES
8832 S DORCHESTER
CHICAGO, IL 60619

Attorney:
CHAD M HAYWARD
205 W RANDOLPH # 1310
CHICAGO, IL 60606
via Clerk's ECF noticing procedures

Mortgage Creditor:
RFC PRIME ACCREDIT SCH/SCH
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Creditor:
RESCAP MORTGAGE
% HOMECOMINGS FINANCIAL LLC
3451 HAMMOND
WATERLOO, IA 50702

Mortgage Creditor:
WASHINGTON MUTUAL BANK
3990 S BABCOCK ST
MAILSTOP MB0119FL
MELBOURNE, FL 32901

ELECTRONIC SERVICE - United States Trustee

Date: April 15, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603